**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**ELIZABETH L. STRICKLAND,** *et al.,*                                    **PLAINTIFFS**

**v.**                                          **CIVIL ACTION NO. 2:16-CV-124-KS-MTP**

**AMY ALYECE BROOME,** *et al.*                                    **DEFENDANTS**


## ORDER

On August 17, 2017, Defendant USAA Life Insurance Company filed a Motion to Dismiss [37]. Plaintiffs shall respond on or before **August 31, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). If Defendant wants to reply, it must do so on or before **September 7, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, they must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Defendant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Plaintiffs' response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this ___18th___ day of ___August___, 2017.


                                            ___s/Keith Starrett_____
                                            UNITED STATES DISTRICT JUDGE