# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN  DIVISION


ELIZABETH L. STRICKLAND
THE ELIZABETH LANCE BROOME
REVOCABLE TRUST

VS.                                          CIVIL CASE NO. 2:16cv124-KS-MTP

AMY ALYECE BROOME


## <u>ORDER</u>

The above case having been submitted to the jury,

It is now ordered that said jury be kept together in the custody of the United States Courts

and that proper provision for said jurors' meals be made at the expense of the United States until

such time as they have reached a verdict or are otherwise discharged.

SO ORDERED this the ___24th___ day of  July,  2018.



_____s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE